```
NANCY CURRY, CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA  90017
(213) 689-3014 FAX (213) 689-3055
```

                        UNITED STATES BANKRUPTCY COURT
                        CENTRAL DISTRICT OF CALIFORNIA
                            LOS ANGELES DIVISION

| In re: | ) | CHAPTER 13 |
|---|---|---|
| OGANESYAN, TEHMINE A. | ) | CASE NO. 2:15-bk-16869-VZ |
| | ) | **NOTICE OF RESCHEDULED** |
| | ) | **§341(a) MEETING OF CREDITORS** |
| | ) | |
| | ) | **New Date:  June 30, 2015** |
| | ) | **Time:      01:00 PM** |
| | ) | **Place:     915 Wilshire Blvd.** |
| Debtor ) | | **10th Floor, Room 1** |
| | ) | **Los Angeles, CA  90017** |

   PLEASE TAKE NOTICE that the §341(a) meeting of creditors date in this case has been **rescheduled to June 30, 2015 at 01:00 PM.  The location shall remain the same:  915 Wilshire Blvd., 10th Floor, Room 1, Los Angeles, CA  90017**.

DATED: June 3, 2015                                          /s/Nancy Curry

NTC Reset 341

**PROOF OF SERVICE OF DOCUMENT**

**In Re:**  **OGANESYAN, TEHMINE A.**
**Case No. LA 2:15-bk-16869-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described **as NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS** will be served  or was served **(a)** on the judge in chambers in the form and manner required by  LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 3, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On June 3, 2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
OGANESYAN, TEHMINE A.
7012 SHADY GROVE ST.
TUJUNGA, CA 91042

Attorney for Debtor
SCOTT KOSNER
LAW OFFICES OF TYSON TAKEUCHI
1100 WILSHIRE BLVD., STE. 2606
LOS ANGELES, CA 90017-1916

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on June 3, 2015 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 3, 2015 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:15-bk-16869-VZ<br>Central District Of California<br>Los Angeles<br>Wed Jun  3 14:38:10 PDT 2015 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CMRE Financial<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821-6753 | Chase<br>Box 24696<br>Columbus, OH 43224-0696 |
| Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Equifax Information Services, LLC<br>PO Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Profile Maintenance<br>PO Box 9558<br>Allen, TX 75013-9558 |
| Franchise Tax Board<br>Personal Bankruptcy MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | (c)GREEN TREE SERVICING<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding, LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 |
| Medcah Inc<br>320 Uluniu St Ste 5<br>Kailua, HI 96734-2529 | Midland Credit<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Midland Credit Management,Inc<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Nordstrom<br>Po Box 13589<br>Scottsdale, AZ 85267-3589 | Sears<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 |
| Select Portfolio Servicing<br>3815 S West Temple Ste 2000<br>Salt Lake City, UT 84115-4412 | Syncb/Bananarep<br>PO Box 965005<br>Orlando, FL 32896-5005 | Syncb/Jcp<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA 98015-3410 | Trans Union Corporation<br>Attn: Public Records Department<br>555 W Adams St<br>Chicago, IL 60661-3631 | Transunion Consumer Relations<br>PO Box 2000<br>Chester, PA 19016-2000 |
| Transworld SYStems<br>Box 41726<br>Philadelphia, PA 19101 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Nancy K Curry (TR)<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017-2466 |

Scott Kosner
Law Offices of Tyson Takeuchi
1100 Wilshire Blvd Suite 2606
Los Angeles, CA 90017-1964

Tehmine A Oganesyan
7012 Shady Grove Street
Tujunga, CA 91042-3146

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32