FORM CACB (od13fr VAN–158) (01/2010)

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
# [11 U.S.C. §§ 1307 AND 109(g)]

**DEBTOR INFORMATION:**
Tehmine A Oganesyan

**BANKRUPTCY NO.** 2:15–bk–16869–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–2463
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 7/27/15

**Address:**
7012 Shady Grove Street
Tujunga, CA 91042

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1) debtor's bankruptcy case is dismissed;
(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3) pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: July 27, 2015

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge