United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 15-16869-VZ
Tehmine A Oganesyan                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: wtoliverC    Page 1 of 2    Date Rcvd: Jul 27, 2015
                      Form ID: van158    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2015.
```
db             +Tehmine A Oganesyan,    7012 Shady Grove Street,    Tujunga, CA 91042-3146
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr             +Bank of New York Mellon, f/k/a The Bank of New Yor,    The Wolf Firm, A Law Corporation,
                 2955 Main Street, 2nd Floor,    Irvine, CA 92614-5909
36236219       +CMRE Financial,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
36236218       +Chase,    Box 24696,    Columbus, OH 43224-0696
36236221        Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
36236222        Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
36236229       +Medcah Inc,    320 Uluniu St Ste 5,    Kailua, HI 96734-2529
36274357       +Midland Credit Management,Inc,    as agent for MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
36236234       +Select Portfolio Servicing,    3815 S West Temple Ste 2000,    Salt Lake City, UT 84115-4412
36236238       +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
36236239        Transunion Consumer Relations,    PO Box 2000,    Chester, PA 19016-2000
36236240        Transworld SYStems,    BOX 41726,    PHILADELPHIA PA 19101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: EDD.COM Jul 28 2015 02:14:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jul 28 2015 02:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
36236216        EDI: AMEREXPR.COM Jul 28 2015 02:13:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
36236217        EDI: BANKAMER.COM Jul 28 2015 02:13:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
36236220       +E-mail/Text: bknotice@erccollections.com Jul 28 2015 02:07:45      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
36236223        EDI: CALTAX.COM Jul 28 2015 02:13:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
                 PO Box 2952,    Sacramento, CA 95812-2952
36236224        EDI: RMSC.COM Jul 28 2015 02:13:00      Green Tree Servicing,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101
36236225        EDI: IRS.COM Jul 28 2015 02:13:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
36236226        EDI: RESURGENT.COM Jul 28 2015 02:13:00      LVNV Funding, LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
36236227        EDI: RESURGENT.COM Jul 28 2015 02:13:00      LVNV Funding, LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
36376322        EDI: RESURGENT.COM Jul 28 2015 02:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Chase Bank USA, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
36376321        EDI: RESURGENT.COM Jul 28 2015 02:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
36236228        EDI: TSYS2.COM Jul 28 2015 02:13:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
36236230        EDI: MID8.COM Jul 28 2015 02:13:00      Midland Credit,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
36236231        EDI: MID8.COM Jul 28 2015 02:13:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
36236232       +E-mail/Text: bnc@nordstrom.com Jul 28 2015 02:07:20      Nordstrom,    Po Box 13589,
                 Scottsdale, AZ 85267-3589
36236233        EDI: SEARS.COM Jul 28 2015 02:13:00      Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
36236235        EDI: RMSC.COM Jul 28 2015 02:13:00      Syncb/Bananarep,    PO Box 965005,
                 Orlando, FL 32896-5005
36236236        EDI: RMSC.COM Jul 28 2015 02:13:00      Syncb/Jcp,    PO Box 103104,    Roswell, GA 30076-9104
36236237        EDI: AISTMBL.COM Jul 28 2015 02:13:00      T-Mobile Bankruptcy Team,    PO Box 53410,
                 Bellevue, WA 98015-3410
                                                                                              TOTAL: 20
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2          User: wtoliverC              Page 2 of 2               Date Rcvd: Jul 27, 2015
                              Form ID: van158              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2015 at the address(es) listed below:
              Daniel K Fujimoto    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-56, Mortgage
               Pass-Through Certificates, Series 2005-56 wdk@wolffirm.com
              Daniel K Fujimoto    on behalf of Interested Party    Courtesy NEF wdk@wolffirm.com
              Nancy K Curry (TR)    ecfnc@trustee13.com
              Scott  Kosner    on behalf of Debtor Tehmine A Oganesyan scottK@tysonfirm.com,
               albert@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

FORM CACB (od13fr VAN–158) (01/2010)

**United States Bankruptcy Court
Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
# [11 U.S.C. §§ 1307 AND 109(g)]

**DEBTOR INFORMATION:**
Tehmine A Oganesyan

**BANKRUPTCY NO.** 2:15–bk–16869–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–2463
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 7/27/15

**Address:**
7012 Shady Grove Street
Tujunga, CA 91042

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1)   debtor's bankruptcy case is dismissed;
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3)   pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: July 27, 2015

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge

(Form od13fr VAN–158) (01/2010)

**20 / WTC**